UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, individually; JAMES KRUEGER as father and natural Guardian of JANE DOE, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANZ C. FAJARDO, individually, CLARK COUNTY SCHOOL DISTRICT, <br><br> Defendants. | Case No. 2:12-cv-00351-MMD-GWF <br><br> **ORDER** |

This matter is before the Court on the Stipulation and Order to Stay Filing Deadlines Pending Settlement Approval (#23) filed June 25, 2012, wherein the parties advised the court that this matter had been settled. Further, as the Plaintiff is a minor, the settlement would require court approval of a minor's compromise. To date, the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **September 17, 2012** advising the Court of the status of the settlement.

DATED this 5th day of September, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge