**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
bhardy@maclaw.com
   Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, individually; JAMES KRUEGER as father and natural Guardian of JANE DOE, a minor<br><br>                        Plaintiff,<br><br>vs.<br><br>FRANZ C. FAJARDO, individually, CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada.<br><br>                        Defendants. | Case No. 2:12-cv-00351 |

## **JOINT STATUS REPORT**

Plaintiffs, Jane Doe and James Krueger by and through their attorneys of record, the law office of Marquis Aurbach Coffing and Defendant Clark County School District by and through its attorneys of record Scott Greenberg, Esq. hereby submit the following Joint Status Report pursuant to this Court's September 5, 2012 Order (#24).

      1. <u>Discovery That Has Been Completed</u>: N/A.

      2. <u>Discovery That Remains Outstanding</u>: N/A

      3. <u>Pending Discovery Motions</u>: None.

      4. <u>Attempts to Settle the Case</u>: This matter has been settled with all parties. A final settlement agreement has been executed between the Plaintiff and Clark County School District and awaits only the filing of a Petition to Compromise of Minor's Claim which will be filed upon receipt of a final executed settlement agreement from counsel for Franz C. Fajardo

MAC:12671-001 1784021_1 9/17/2012 12:02 PM

1  ("Fajardo") but no later than 14 days from the date hereof.  The settlement agreement between
2  Fajardo has been reviewed and approved by his counsel and has been executed by Plaintiff.
3  However, the parties are waiting for Fajardo's counsel to meet with her client in prison to
4  execute the same.  Upon receipt of the fully executed settlement agreement, the Plaintiff will file
5  a Petition to Compromise of Minor's Claim which will resolve the case in its entirety.

   5. <u>Proposed Trial Dates</u>:  N/A

   6. <u>Length of Trial</u>:  N/A

   7. <u>Substantive Motions</u>:  As set forth above, given the resolution of this matter the only remaining motion to be filed is a Petition to Compromise of Minor's Claim.

DATED this <u>18th</u> day of September, 2012.

            */s/ George Foley, Jr.*
            GEORGE FOLEY, JR.
            United States Magistrate Judge

Submitted By:

| | |
|---|---|
| DATED this <u>17th</u> day of September, 2012. | DATED this <u>17th</u> day of September, 2012 |
| MARQUIS AURBACH COFFING | CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL |
| By: */s/ Brian R. Hardy*<br> Terry A. Coffing, Esq.<br> Nevada Bar No. 4949<br> Brian R. Hardy, Esq.<br> Nevada Bar No. 10068<br> 10001 Park Run Drive<br> Las Vegas, Nevada 89145<br> *Attorneys for Plaintiff* | By:  */s/ S. Scott Greenberg*<br> S. Scott Greenberg, Esq.<br> Nevada Bar No. 4622<br> 5100 W. Sahara Avenue<br> Las Vegas, Nevada 89146<br> *Attorneys for Defendant CCSD* |

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:12671-001 1784021_1 9/17/2012 12:02 PM