UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANE DOE, individually; JAMES KRUEGER as father and natural Guardian of JANE DOE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>FRANZ C. FAJARDO, individually, CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada,<br><br>Defendants. | Case No. 2:12-cv-00351-MMD-GWF<br><br>ORDER |

Before the Court is the Petition to Compromise Minor's Claim. (Dkt. no. 27.) Having reviewed the Petition, the Notice of Non-Opposition (dkt. no. 29) and the documents on file in this case and good cause appearing, the Court hereby GRANTS the Petition and approves the compromise of the claims of Jane Doe. Upon receipt of the proceeds of the settlement from Defendants, Petitioner James Krueger, shall established a "block financial investment" as that term is defined in NRS 41.200(8) for the benefit of Jane Doe ("the Account"). Within 30 days from receipt of the proceeds of the settlement from Defendant Clark County School District, Petitioner shall file with the Court proof that the Account has been established. Petitioner shall also file proof that proceeds of the settlement from Defendant Franz C. Fajardo have been deposited into the Account within 30 days from receipt of the payments by Fajardo.

DATED THIS 23rd day of October 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE