**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
bhardy@maclaw.com
   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, individually; JAMES KRUEGER as father and natural Guardian of JANE DOE, a minor<br><br>                                    Plaintiff,<br>vs.<br><br>FRANZ C. FAJARDO, individually, CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada.<br><br>                                    Defendants. | Case No. 2:12-cv-00351<br><br>**ORDER TO DISBURSE FUNDS FROM COMPROMISE OF MINOR'S CLAIM**<br><br>~~[PROPOSED]~~ |

The Court having reviewed the Ex Parte Application herein, and good cause having been shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that as Jane Doe Krueger is now an adult, having reached the age of eighteen years, it is hereby ordered that the blocked financial account number with Chase Bank ending in Account number 7261 be closed and the money distributed to Jane Doe Krueger.

Dated this 8th day of October, 2013

_____
United States District Court Judge

Page 1 of 1

MAC:12671-001 2085286_1 10/8/2013 9:12 AM